UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT PAUL SHARPE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JOHN C. BIRCHER, III, | ) | 7:24-CV-85-BO-RN |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on defendant's motion to dismiss and plaintiffs motion for entry of default. The appropriate responses and replies have been filed, or the time for doing so has expired, and in this posture the matters are ripe for disposition.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss [DE 8] is GRANTED. Plaintiffs complaint is hereby DISMISSED. Plaintiffs motion for entry of default [DE 10] is DENIED.

**This judgment filed and entered on January 24, 2025, and served on:**
Robert Paul Sharpe (via CM/ECF NEF)
Joseph Jude Vonnegut (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

January 24, 2025

  /s/ Lindsay Stouch
By: Deputy Clerk